**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NOORI, | No.  CV 16-5491 PA (FFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| VIVINT, INC. | |
| Defendant. | |

In accordance with the Court's September 6, 2016 Minute Order dismissing the First Amended Complaint filed by plaintiff Frank Noori ("Plaintiff") without leave to amend;

It is therefore now ORDERED, ADJUDGED, and DECREED that defendant Vivint, Inc. ("Defendant") shall have judgment in its favor against Plaintiff.

It is further ORDERED, ADJUDGED, and DECREED that this action is dismissed.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED:  September 6, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE